**160**

**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Michael Manuel JIMENEZ,
Defendant–Appellant.**

No. 09–11140
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 25, 2010.

Denise Bridges Williams, Assistant U.S. Attorney, U.S. Attorney's Office, Lubbock, TX, for Plaintiff–Appellee.

Jason Douglas Hawkins, Federal Public Defender, Federal Public Defender's Office, Dallas, TX, Michael Lowell King, Assistant Federal Public Defender Federal Public Defender's Office, Lubbock, TX, for Defendant–Appellant.

Before KING, HIGGINBOTHAM, and BENAVIDES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Michael Manuel Jimenez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Jimenez has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.